IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| KIRSTIN WALKER, Individually and as | § | |
| Next Friend for LW, a Minor | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-064 |
| | § | |
| REGENCE BLUE CROSS BLUE SHIELD | § | |
| OF OREGON, ET AL. | § | |

**<u>FINAL JUDGMENT</u>**

Today the Court issued its Opinion and Order dismissing the First Amended Complaint of Plaintiff, Kirstin Walker, Individually and as Next Friend for L.W., a minor.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff's First Amended Complaint (Instrument no. 13) is **DISMISSED**; that Plaintiff **RECOVER NOTHING**; and that the Defendants, <u>Regence Blue Cross Blue Shield of Oregon, Blue Cross Blue Shield of Texas, and Health Service Corporation</u>, **RECOVER** their costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _____16th_____ day of June, 2017.

_____
John R. Froeschner
United States Magistrate Judge